3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Case: 2:26-cr-20693
Assigned To : Michelson, Laurie J.
Referral Judge: Patti, Anthony P.
Assign. Date : 10/14/2026
Description: INDI USA V. FRANKLIN ET AL (NA)

v.

Violation: 18 U.S.C. § 1951(a)

D-1 MARTELL LARON FRANKLIN,
D-2 DEVONTE JAIER ROSS,

Defendants.
_______________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
18 U.S.C. § 1951(a)
*Interference with Commerce by Robbery*

D-1 MARTELL LARON FRANKLIN
D-2 DEVONTE JAIER ROSS

On or about September 29, 2026, in the Eastern District of Michigan, Southern Division, the defendants, MARTELL LARON FRANKLIN and DEVONTE JAIER ROSS, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in commerce by robbery of a business that was engaged in commercial activity that affects interstate commerce, namely, a Wingstop restaurant located in Canton, Michigan, in that the defendants MARTELL LARON FRANKLIN and DEVONTE JAIER ROSS, unlawfully took United States currency in the presence of store employees and against their will by means of actual and

threatened force, violence, and fear of injury, immediate and future, to their persons, in violation of Title 18, United States Code, Section 1951(a).

**FORFEITURE ALLEGATIONS**
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, the defendants, MARTELL LARON FRANKLIN and DEVONTE JAIER ROSS, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in any knowing violation of said offense.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/ Mark Bilkovic*
MARK BILKOVIC
Assistant United States Attorney
Chief, Violent and Major Crimes Unit

*s/ William K. Broman*
WILLIAM K. BROMAN
Assistant United States Attorney

Dated: October 14, 2026

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet |
|---|---|

Case: 2:26–cr–20693
Assigned To : Michelson, Laurie J.
Referral Judge: Patti, Anthony P.
Assign. Date : 10/14/2026
Description: INDI USA V. FRANKLIN ET AL (NA)

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this forı

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | |
| ☐Yes ☑No | **AUSA's Initials:** |

**Case Title:** USA v. Martell Laron Franklin et al

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment -- prior complaint **[Case No. 26-mj-30617]**

**Superseding Case Information**

**Superseding to Case No:** ______________________ **Judge:** ______________________

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 14, 2026
Date

WILLIAM K. BROMAN
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
William.Broman@usdoj.gov
(313) 226-0205
Bar #: P85364

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.